IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:08-CR-81-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOSEPH F. CLEMMONS, ) | |
| ) | |
| Defendant. ) | |

On November 4, 2014, Joseph F. Clemmons filed a motion to reduce his sentence from 10 months to 8½ months. See [D.E. 53]. The motion [D.E. 53] lacks merit and is DENIED.

SO ORDERED. This **29** day of December 2014.

JAMES C. DEVER III
Chief United States District Judge